IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02649-MSK-PAC

JOAN M. FIENE,

      Plaintiff,

v.

THOMPSON SCHOOL DISTRICT R2-J BOARD OF EDUCATION and
DANIEL JOHNSON,

      Defendants.

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE AND DIRECTING CLERK TO CLOSE CASE**
_____

      Having reviewed the Stipulated Motion to Dismiss with Prejudice **(#16)**, and being fully advised in the premises, this Court

      ORDERS that the Motion be, and hereby is, GRANTED.  This case is hereby dismissed with prejudice, each party to pay its own attorneys fees and costs.

      DATED this 31st day of January 2006.

                                     **BY THE COURT:**

                                     Marcia S. Krieger
                                     United States District Judge